HARVEY LEE FRANKS, JR. V. STATE

No. 25455. November 14, 1951.
Rehearing Denied January 9, 1952.

Hon. Henry King, Judge Presiding.

*Preston Pope Reynolds*, Dallas, for appellant.

*Henry Wade*, Criminal District Attorney, *Charles S. Potts*, Assistant Criminal District Attorney, Dallas, and *George P. Blackburn*, State's Attorney, Austin, for the state.

WOODLEY, Judge.

The conviction is for robbery; the punishment, 25 years in the penitentiary.

Appellant was identified by the witness as one of the two persons who entered his liquor store and at the point of a pistol took some $322 from his cash register.

The statement of facts shows that appellant admitted to the arresting officers that he committed the robbery and later signed a written confession.

Notice of appeal was given on March 28, 1951, and the 30 days then allowed for filing bills of exception expired on April 27, 1951.

The trial court was without authority to grant an extension

after expiration of the time allowed and the bills filed on June 26, 1951, cannot be considered.

No error appearing, the judgment is affirmed.

Opinion approved by the court.

ON APPELLANT'S MOTION FOR REHEARING

DAVIDSON, Judge.

Notwithstanding the fact that we held originally that the bills of exception could not be considered because they were not filed within the time allowed by law (Art. 760, C. C. P.), appellant insists that matters presented by the bills of exception should be reviewed by us.

Under the mandatory provisions of the statute mentioned, bills of exception not filed within the time allowed by law cannot be considered.

The motion for rehearing is overruled.

Opinion approved by the court.